13554.  TUGGLE v. SEABOARD AIR-LINE RAILWAY
COMPANY.

The killing of the plaintiff's mule by the train, under the state of facts
shown by the evidence, did not render the railway company liable for
damages; and the court did not err in granting a nonsuit.

DECIDED JULY 11, 1922.

Action for damages; from Gwinnett superior court — Judge
Fortson.  March 7, 1922.

W. L. Nix, for plaintiff.

N. L. Hutchins, John B. Gamble, for defendant.

LUKE, J.  Tuggle sought to recover damages for the alleged
negligent killing of his mule by the railway company.  At the
conclusion of his evidence the court granted a nonsuit, and
upon this judgment error is assigned.

The court properly granted a nonsuit.  The evidence for the
plaintiff negatived the alleged negligence in the killing of the
mule.  The case falls squarely, in principle, within the ruling in
the case of Gay v. Wadley, 86 Ga. 103 (12 S. E. 298), where Chief
Justice Bleckley, speaking for the court, said: "The plaintiff's
mare having run along the railway track ahead of the train of
her own accord until, reaching a trestle or open culvert, she fell
into it and was injured, and the evidence showing that the train
was almost stopped to give her time to escape, and that the whistle
was continuously blown to frighten her from the track, and that
the disaster was caused by her own obstinacy in following the track
when she might have left it, the owner of the mare had no cause
of action against the owner of the railway, and the presiding judge
did not err in granting a nonsuit."  In this connection see also
Southern Railway Co. v. Frix, 137 Ga. 607 (73 S. E. 1057);
Macon &c. R. Co. v. Wood, 3 Ga. App. 197 (59 S. E. 595);
Southern Railway Co. v. Granger, 8 Ga. App. 239 (68 S. E. 942).
Judgment affirmed.  Broyles, C. J., and Bloodworth J., concur.